**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed June 14, 2012.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00477-CR

_____

### IN RE ROBYN M. REED, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
338th District Court
Harris County, Texas
Trial Court Cause No. 1164028-0101-A

## MEMORANDUM OPINION

On May 16, 2012, Relator, Robyn M. Reed, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.1. The petition asks this court to order the respondent, the Honorable Hazel B. Jones, presiding judge of the 338th District Court, Harris County, Texas, to rule on her application for writ of habeas corpus. A response was requested and on June 5, 2012, the State filed a reply. Attached to the reply is an order signed by the trial court on May 10, 2012, denying relator's application for writ of habeas corpus.

Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).